IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ADEL ALJABERI,**

    Applicant,

v.                                         No. CV 09-0869 LH/LAM

**ERIC HOLDER, et al.,**

    Respondents.

### ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Applicant's *Petition for a Writ of Habeas Corpus P[ur]suant to 28 U.S.C. [§] 224[]1 (Doc. 1)*, filed September 9, 2009.  The Court determines that Applicant's filings are deficient, specifically, because the $5.00 filing fee has not been paid and Applicant has not filed an application to proceed *in forma pauperis*.  Failure to cure the designated deficiencies within **thirty (30) days** from entry of this order may result in dismissal of this proceeding without further notice.

    **IT IS THEREFORE ORDERED** that Applicant cure the deficiencies designated above within **thirty (30) days** from entry of this order.  Any papers which Applicant files in response to this order must include the civil cause number (CV 09-0869 LH/LAM) of this case.

    **IT IS FURTHER ORDERED** that the Clerk of the Court mail to Applicant, together with a copy of this order, two (2) copies of an application to proceed *in forma pauperis*.

    **IT IS SO ORDERED.**

                                                 _/s/ Lourdes A. Martínez_
                                                 **LOURDES A. MARTÍNEZ**
                                                 **UNITED STATES MAGISTRATE JUDGE**